# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

141719 & (41)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

COUNTY OF WASHTENAW,
        Respondent,
and

WASHTENAW COUNTY TREASURER,
        Respondent-Appellant,

v

                                               SC: 141719
                                               COA: 286874
                                               MERC: 04-000162

AFSCME COUNCIL 25,
        Charging Party-Appellee.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

0228